Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50020 - 1 | **DATE** | 4/9/08 |
| **CASE TITLE** | USA vs. Sherman B. Roberson | | |

**DOCKET ENTRY TEXT**

Preliminary examination held. Enter a finding of probable cause; Order defendant bound to the District Court for further proceedings. Detention hearing held. Defendant to remain in custody as a danger to the community and a risk of flight. Detention order to follow. Status hearing before Magistrate Judge Mahoney set for 4/23/08 at 11:30 a.m.

Docketing to mail notices.

00:35

# FILED

APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | VKD |
|---|---|---|