Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | P. Michael Mahoney | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| CASE NUMBER | 08 CR 50020 - 1 | DATE | 4/10/2008 |
| CASE TITLE | USA vs. Sherman B. Roberson | | |

**DOCKET ENTRY TEXT**

Enter Order of Detention Pending Trial.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED

APR 1 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | Courtroom Deputy Initials: | VKD |
|---|---|---|