UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 50020 |
| vs. | ) Violations: Title 21, United States Code, |
| | ) Section 841(a)(1) and Title 21, United |
| SHERMAN B. ROBERSON, | ) States Code, Section 843(b) |
| also known as "Bread" | ) |

### COUNT ONE

The FEBRUARY 2008 GRAND JURY charges:

On or about March 12, 2008, at Chicago, in the Northern District of Illinois,

SHERMAN B. ROBERSON,
also known as "Bread,"

defendant herein, knowingly and intentionally did distribute a controlled substance, namely, approximately 65 grams of a mixture containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).



FILED
APR 22 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## COUNT TWO

The FEBRUARY 2008 GRAND JURY further charges:

On or about March 12, 2008, at Rockford and Chicago, in the Northern District of Illinois,

SHERMAN B. ROBERSON,
also known as "Bread,"

defendant herein, knowingly and intentionally did use a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), namely distribution of cocaine base in the form of crack cocaine, as charged in Count One of this indictment;

In violation of Title 21, United States Code, Section 843(b).

## COUNT THREE

The FEBRUARY 2008 GRAND JURY further charges:

On or about April 4, 2008, at Schaumburg, in the Northern District of Illinois,

SHERMAN B. ROBERSON,
also known as "Bread,"

defendant herein, knowingly and intentionally did distribute a controlled substance, namely, approximately 56 grams of a mixture containing cocaine base in the form of crack cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FOUR**

The FEBRUARY 2008 GRAND JURY further charges:

On or about April 4, 2008, at Rockford and Chicago, in the Northern District of Illinois,

SHERMAN B. ROBERSON,
also known as "Bread,"

defendant herein, knowingly and intentionally did use a communication facility, namely a telephone, in committing and in causing and facilitating the commission of a felony violation of Title 21, United States Code, Section 841(a)(1), namely distribution of cocaine base in the form of crack cocaine, as charged in Count Two of this indictment;

In violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATION

The FEBRUARY 2008 GRAND JURY further charges:

1. The allegations contained in Count One of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 21, United States Code, Section 841(a)(1), as alleged in Count One of the foregoing Indictment,

> SHERMAN B. ROBERSON,
> also known as "Bread,"

defendant herein, shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in:

> a) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation; and
>
> b) any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such violation.

3. The interest of the defendant subject to forfeiture pursuant to Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c) is $490 United States Currency recovered from defendant on April 4, 2008.

All pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

UNITED STATES ATTORNEY

5



FILED
APR 22 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

No.: 08 CR 50020

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

SHERMAN B. ROBERSON

INDICTMENT

Violation(s): Title 21, United States Code, Sections 841(a)(1) and 843(b)

A true bill,



Foreman

Filed in open court this _____ day of _____ A.D. 2008

Clerk

Bail: $