## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50020 - 1 | **DATE** | 4/23/2008 |
| **CASE TITLE** | USA vs. SHERMAN ROBERSON | | |

**DOCKET ENTRY TEXT:**

Arraignment/Status hearing held. Defendant enters plea of not guilty to indictment. 16.1 conference to be held by April 30, 2008. Defendant's oral motion for time to May 27, 2008 to file pretrial motions is granted. USA's oral motion for the time of April 23, 2008 to and including May 27, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for May 27, 2008 at 11:30 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|