# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Roberson

FOR: Northern District of Illinois
AT: Western Division

LOCATION NUMBER: ___

PERSON REPRESENTED (Show your full name): SHERMAN F. ROBERSON

**FILED**
APR 23 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate: ___
District Court: 08 CR 50020
Court of Appeals: ___

CHARGE/OFFENSE: ☒ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
- Name and address of employer: ___
- IF YES, how much do you earn per month? $ ___
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☒ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☒ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: 2

**DEBTS & MONTHLY BILLS** (List all creditors including banks, loan companies, charge accounts, etc.)
- APARTMENT OR HOME: ___
- Creditors: NONE
- Total Debt: $ ___
- Monthly Pay: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 04/23/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signature]