## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50020 - 1 | **DATE** | 6/30/2008 |
| **CASE TITLE** | USA vs. SHERMAN ROBERSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for an extension of time to July 29, 2008 to file pretrial motions is granted. USA's oral motion for the time of June 30, 2008 to and including July 29, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for July 29, 2008 at 11:30 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|