# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50020 - 1 | **DATE** | 8/13/2008 |
| **CASE TITLE** | USA vs. SHERMAN ROBERSON | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion to substitute counsel is granted. Herbert L. Goldberg given leave to file appearance. Haneef Omar given leave to withdraw. Defendant's oral motion for an extension of time to October 7, 2008 to file pretrial motions is granted. USA's oral motion for the time of August 13, 2008 to and including October 7, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for October 7, 2008 at 11:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|